STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Donald Wayne Washington
Jones, Walker, et al.
P. O. Box 3408
Lafayette LA 70502

**REHEARING ACTION: August 3, 2016**

**Docket Number: 15   00888-CA**

**SIMONE B. GUILLORY, ET AL.
VERSUS
SAMUEL S. BROUSSARD, JR., ET AL.**

**Appealed from Iberia Parish Case No. 119923**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. Jimmie C. Peters**
> **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the "Application

for Rehearing En Banc or for Panel Rehearing" filed by **Samuel S. Broussard, Jr., et**

**al** has this day been

> **DENIED.**

cc: Philip Anthony Franco, Counsel for the Appellant